UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        -v-                                         25-cr-346 (PKC)

ESTHERLYN FRIAS                                ORDER

                    Defendants.

---

CASTEL, U.S.D.J:

        Upon the application of defense counsel, consented to by the government, the pretrial conference previously scheduled for November 4, 2025, is adjourned until January 13, 2026 at 11:30 a.m. in Courtroom 11D.  I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial.  My reasons for this finding are that the grant of the continuance is needed to permit the parties to facilitate review of discovery, defense investigation, and any discussion of a pretrial resolution of this matter.  Accordingly, the time between today and January 13, 2026, is excluded.

        SO ORDERED.

                                                          P. Kevin Castel
                                                  United States District Judge

Dated:  New York, New York
          October 31, 2025