Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

Application Granted. Sentencing is adjourned from September 29 to November 18, 2026 at 2:00 p.m.
SO ORDERED.
Dated: 7/16/2026

P. Kevin Castel
United States District Judge

**BY ECF**

July 16, 2026

Hon. P. Kevin Castel
District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: United States v. Estherlyn Frias, 25-CR-346 (PKC)**

Dear Judge Castel:

The Defense writes to request a continuance of both the current sentencing date and the timetable for sentencing submissions outlined in the Court's Individual Practices. Additionally, the Defense requests an extension of the deadline for the presentence interview and the PSR disclosures.

The current sentencing date requires the Defense's sentencing submission due prior to the final disclosure deadline of the PSR on September 16, 2026. Additionally, the current deadline for the presentence interview is July 23, 2026. Due to scheduling conflicts, undersigned counsel and the PSR writer plan to conduct the presentence interview on August 4, 2026, after the current deadline.

In order to allow time for the Defense to receive a final PSR and address any objections in a timely sentencing submission, as well as provide for additional time for the Defense to prepare mitigation materials—including a possible expert evaluation—the Defense seeks an adjournment of the current sentencing date.

The Defense requests a new sentencing date (with sentencing submission deadlines adjusted accordingly) any day between November 9, 2026 and November 20, 2026.

Additionally, to adjust for the delayed presentence interview, the Defense requests that the Court modify the current PSR deadlines to the following:

Interview must be conducted by August 13, 2026
First disclosure – September 9, 2026

Second disclosure – October 7, 2026

Undersigned counsel has communicated with the government and they do not object to this request.

Respectfully submitted,

/s/ Mitchell Schwartz
Mitchell E. Schwartz
Assistant Federal Defender
Federal Defenders of New York
52 Duane Street, 10th Floor
New York, NY 10007